IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50452
Summary Calendar

_____

PATRICK EARL CONELY ET AL.,

                                        Plaintiffs,

PATRICK EARL CONELY,

                                        Plaintiff-Appellant,

versus

TEXAS BOARD OF CRIMINAL JUSTICE, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-98-CV-119
- - - - - - - - - -

April 15, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:*

    Plaintiff-Appellant Patrick Earl Conely, Texas prisoner #
521618, seeks leave to proceed in forma pauperis (IFP), following
the district court's certification that his appeal from the denial
of his motion for leave to file a civil-rights complaint was taken
in bad faith.  Conely argues that the district court abused its

_____

        * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

discretion in denying his motion because he had not yet paid an outstanding sanction order.

Conely's appeal is without arguable merit and is frivolous. Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Accordingly, Conely's IFP motion is DENIED and the appeal is DISMISSED. 5TH CIR. R. 42.2.

The dismissal of this appeal as frivolous counts as a strike for purposes of 28 U.S.C. § 1915(g). Conely has previously accumulated two strikes in the district court. Conely v. McElyea, No. W-96-CA-062 (W.D. Tex. Jan. 13, 1998); Conely v. Hickman, No. W-96-CA-066 (W.D. Tex. Jan. 16, 1998). He may no longer proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury. See § 1915(g); Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996).

IFP DENIED; APPEAL DISMISSED; APPELLANT BARRED. See 28 U.S.C. § 1915(g).